# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 21, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151875

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEVIN PATRICK KAVANAUGH,
      Defendant-Appellant.

SC: 151875
COA: 326378
Berrien CC: 2014-004247-FH

_____/

On order of the Court, the application for leave to appeal the May 20, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 21, 2015



Clerk

s0818d